RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
WENDI L. OVERMYER
Assistant Federal Public Defender
411 E. Bonneville, Ste. 100
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Wendi_Overmyer@fd.org

Attorney for Charles Richard

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:08-cr-00237-GMN-VCF-1 |
| Respondent/Plaintiff, | |
| v. | **STIPULATION TO DISMISS MOTION TO VACATE WITHOUT PREJUDICE PURSUANT TO FED. CIV. PRO. 41(a)(1)(A)(ii)** |
| CHARLES RICHARD, | |
| Petitioner/Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the Respondent, Appellate Chief and Assistant United States Attorney Elizabeth Olson White, and counsel for the Petitioner, Wendi L. Overmyer, Assistant Federal Public Defender, that Petitioner's Motion to Vacate, ECF No. 40, be dismissed pursuant to Fed. Civ. Pro. 41(a)(1)(A)(ii).

DATED this 1st of July, 2019.

RENE L. VALLADARES
Federal Public Defender

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Wendi L. Overmyer*
By_____
WENDI L. OVERMYER
Assistant Federal Public Defender

*/s/ Elizabeth Olson White*
By_____
ELIZABETH OLSON WHITE
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

               Respondent/Plaintiff,

     v.

CHARLES RICHARD,

               Petitioner/Defendant.

Case No. 2:08-cr-00237-GMN-VCF-1

**[PROPOSED] ORDER DISMISSING MOTION TO VACATE WITHOUT PREJUDICE AND VACATING BRIEFING SCHEDULE**

      Having received a stipulation to dismiss the Petitioner's Motion to Vacate, ECF No. 40.

      IT IS HEREBY ORDERED that Petitioner's Motion to Vacate, ECF No. 40, be DISMISSED WITHOUT PREJUDICE. The Court does not make a determination as to whether any future filing would be considered a second or successive petition.

      IT IS FURTHER ORDERED that the briefing scheduled for July 12, 2019, is VACATED.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 1, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States District Court of Nevada by using the appellate CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users.  I have mailed the foregoing documents by First-Class Mail, postage pre-paid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:  CHARLES RICHARD.

*/s/ Wendi L. Overmyer*
Assistant Federal Public Defender