RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Charles Richard, Jr.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CHARLES RICHARD, JR.,<br><br>　　　　　　Defendant. | Case No. 2:08-cr-00237-GMN-VCF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Steven Rose, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Charles Richard, Jr., that the Revocation Hearing currently scheduled on September 18, 2024 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant plans to be out of the district during the scheduled hearing date.

2. The petition in this case is predicated in part on a new law violation that is being litigated in state court. The next court date (for a preliminary hearing) in the state matter

1 is September 19, 2024. Resolution of this matter may depend on the resolution of the state
2 matter.
3   3. Parties have entered negotiations and need the additional time to resolve this
4 matter.
5   4. Defendant is incarcerated.
6   5. Additionally, denial of this request for continuance could result in a
7 miscarriage of justice.
8   This is the first request for a continuance of the revocation hearing.
9   DATED this 5th day of September, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Rick Mula*<br>RICK MULA<br>Assistant Federal Public Defender | By */s/ Steven Rose*<br>STEVEN ROSE<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:08-cr-00237-GMN-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| CHARLES RICHARD, JR., | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for September 18, 2024 at 10:00 a.m., be vacated and continued to October 23, 2024 at the hour of 9:00 a.m.

DATED this _5_ day of September, 2024.

_____
UNITED STATES DISTRICT JUDGE